# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| R. S. HANLINE AND CO., INC. | ) | CASE NO. 1:17-cv-01510-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE THOMAS M. PARKER |
| | ) | |
| THOMAS P. DUNAWAY, *et al.* | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Defendants. | ) | **WITH PREJUDICE** |
| | ) | |

Pursuant to Federal Rule 41(a)(1)(A)(ii) and the Settlement Agreement entered into by the parties, Plaintiff R. S. Hanline and Co., Inc. ("Hanline") and Defendants Thomas P. Dunaway, Olivia Szczerba and Daniel Gluzman submit this Stipulation of Dismissal with Prejudice, each party to bear its or their own costs and attorneys' fees.  The parties agree that the Agreed Temporary Restraining Order ("TRO") entered in this case is vacated and dissolved, and the security deposited by Hanline in the amount of $5,000.00 to secure the TRO is to be returned to Hanline.  The parties further agree that the Court has jurisdiction over any claim of non-compliance with their Settlement Agreement to ensure that it is consummated in accordance with its terms.

Respectfully submitted,

| | |
|---|---|
| */s/ Natalia Steele* | */s/ Gary L. Greenberg* |
| Natalia Steele (0082530) | Gary L. Greenberg (0023180) |
| Gregory C. Scheiderer (0087103) | Stephen R. Beiting (0088343) |
| 200 Public Square, Suite 1400**.** | **JACKSON LEWIS P.C.** |
| Cleveland, Ohio 44114 | Park Center Plaza I, Suite 400 |
| (216) 479-6187 | 6100 Oak Tree Boulevard |
| (216) 937-3755 fax | Cleveland, Ohio  44131 |
| nsteele@vorys.com | Ph:     (216) 750-0404 |
| gcscheiderer@vorys.com | Fax:    (216) 750-0826 |
| | Email: Gary.Greenberg@jacksonlewis.com |
| | Stephen.Beiting@jacksonlewis.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

4836-7405-1661, v. 1